FAG ITALIA S.P.A and Fag Bearings Corporation, Plaintiffs,

and

SKF USA Inc. and SKF Industrie S.p.A., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

The Torrington Company, Defendant–Appellee.

No. 03–1346.

United States Court of Appeals, Federal Circuit.

April 26, 2004.

*ORDER*

Upon consideration of SKF USA, Inc. et al.'s unopposed motion to voluntarily dismiss their appeal, 03–1346,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss is granted.

(2) All sides shall bear their own costs.